UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLTON MIXON,

      Plaintiff,

                                      Case No. 08-13963
v.                                   HONORABLE PATRICK J. DUGGAN

MILLICENT WARREN, KATHERINE
CORRIGAN, DENNIS SERGENT,

      Defendants.
_____/

## JUDGMENT

On September 15, 2008, Plaintiff, a Michigan Department of Corrections prisoner, commenced this civil rights action against Defendants in their official and individual capacities pursuant to 42 U.S.C. § 1983. This Court dismissed Plaintiff's claim against Defendant Millicent Warren on September 29, 2009. In an Opinion and Order issued on this date, the Court granted summary judgment to Defendants Katherine Corrigan and Dennis Sergent.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: August 5, 2010                        PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Carlton Mixon, #132473
Lakeland Correctional Facility
141 First Street
Coldwater, MI   49036

Scott Rothermell, Esq.
Magistrate Judge Michael Hluchaniuk